HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Linda.allison@fd.org
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
JULIAN J. VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:16-po-593-MJS |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| JULIAN J. VASQUEZ, | ) ) ) | Date:   December 6, 2016
Time:   2:00 p.m.
Judge:  Hon. Michael J. Seng |
| Defendant. | ) ) ) | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Legal Officer SUSAN ST. VINCENT and Chief Assistant Federal Defender LINDA C. ALLISON, attorney for defendant JULIAN J. VASQUEZ, that the status conference set for December 6, 2016 be continued to January 10, 2017 at 2:00 p.m.

Additional time is required as the parties are investigating in an attempt to resolve the case.

///

///

///

///

///

///

-1-

| | |
|---|---|
| DATED: November 28, 2016 | Respectfully submitted,<br><br>HEATHER E. WILLIAMS<br>Federal Defender<br><br>/s/ Linda Allison<br>LINDA ALLISON<br>Chief Assistant Federal Defender<br>Attorney for Defendant<br>JULIAN J. VASQUEZ |
| DATED: November 28, 2016 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>/s/Susan St. Vincent<br>SUSAN ST. VINCENT<br>Acting Legal Officer |

## **ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court orders the status conference set for December 6, 2016 in case number 6:16-po-00593-MJS be continued to January 10, 2017 at 2:00 p.m.

IT IS SO ORDERED.

Dated:   November 29, 2016              /s/ *Michael J. Seng*
                                                        UNITED STATES MAGISTRATE JUDGE