| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | JULIAN VASQUEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:16-po-00593-MJS |
| | ) | |
| Plaintiff, | ) | **MOTION TO VACATE DECEMBER 5, 2017** |
| | ) | **REVIEW HEARING; ORDER** |
| vs. | ) | |
| | ) | |
| JULIAN VASQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Julian Vasquez hereby requests that the Court vacate the December 5, 2017 review hearing. The Government is in agreement with the request.

On January 18, 2017, the Court sentenced Mr. Vasquez to 12 months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government within seven days of being cited or arrested for any alleged law violation. In addition, the Court ordered Mr. Vasquez to pay a fine of $600.

Mr. Vasquez has paid off his fine and has had no new law violations. Accordingly, Mr. Vasquez has complied with all conditions of his probation, and he hereby requests that the December 5, 2017 review hearing be vacated.

//

//

//

|   |   |
|---|---|
| | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: December 1, 2017 | */s/ Hope Alley*<br>HOPE ALLEY<br>Assistant Federal Defender<br>Attorney for Defendant<br>JULIAN VASQUEZ |

### **O R D E R**

Based on the parties' joint representation that Mr. Vasquez is in compliance with the conditions of his probation, the Court vacates the review hearing scheduled for December 5, 2017 at 10 a.m., in case number 6:16-po-00593-MJS.

IT IS SO ORDERED.

Dated: December 3, 2017        /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE